IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 2:22-cr-295 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| DEVON DONTRAY DUNHAM | ) |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, DEVON DONTRAY DUNHAM, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

__Charleston__, South Carolina
April _12_, 2022

I SO MOVE:

Corey F. Ellis
UNITED STATES ATTORNEY

By: /s/ *John Whitney Sowards*
John Whitney Sowards (#11844)
Assistant United States Attorney
151 Meeting Street
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: