IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

United States of America

vs

CR NO. 2:22-cr-0295-DCN

Devon Dontray Dunham

# PLEA

The defendant, **Devon Dontray Dunham,** having withdrawn his plea of Not Guilty entered May 5, 2022, pleads guilty to **Count(s)** _____1_____ of the **Indictment,** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina
September 10, 2024